UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CR-00047-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| WILLIAM WALKER, JR. | : | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Federal Bureau of Investigation to dispose of an Armi Excam GT27 .25 caliber handgun with serial number removed, and any and all related ammunition, by destruction, incapacitation, or other means in accordance with its regulations.

This the 21st day of July, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge